IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEVIN CURT JOHNSON, SR.**                                                **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 1:07cv702-RHW**

**HARRISON COUNTY, MISSISSIPPI**
**SGT. BOBBY McCLEMORE and**
**OFFICER MARC LAWSON**                                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter as to Defendants Sgt. Bobby McClemore and Officer Marc Lawson.

It is ordered that this case is DISMISSED with prejudice as to Defendants McClemore and Lawson.

SO ORDERED, this the 4th day of September, 2009.

                                                           /s/ *Robert H. Walker*
                                                           ROBERT H. WALKER
                                                           UNITED STATES MAGISTRATE JUDGE