**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**DEVIN CURT JOHNSON, SR.**                                                        **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO.  1:07cv702-RHW**

**HARRISON COUNTY, MISSISSIPPI**                                        **DEFENDANT**


**FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil

Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order

entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter

as to the only remaining Defendant, Harrison County, Mississippi.

It is ordered that this case is DISMISSED with prejudice.

SO ORDERED, this the 28th day of April, 2010.


/s/ *Robert H. Walker*

ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE